NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

R. Rex Parris, Esq. (SBN 96567)
Kitty K. Szeto, Esq. (SBN 258136)
R. REX PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Telephone: (661) 949-2595 | Facsimile: (661) 949-7524

ATTORNEY(S) FOR: Plaintiff Wimo Labs, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wimo Labs, LLC<br><br>Plaintiff(s),<br>v.<br>eBay, Inc., et al.<br><br>Defendant(s) | CASE NUMBER:<br>8:15-cv-01330<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiff Wimo Labs, LLC_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Wimo Labs, LLC | Plaintiff |
| eBay, Inc. | Defendant |
| PayPal Holdings, Inc. | Defendant |
| Hoonie S. Kang | Defendant |
| D. I. R. Enterprises, Inc. | Defendant |
| Simon Chen | Defendant |
| cyber-innovation | Defendant |
| ledno 3 | Defendant |
| usa-cyberlink | Defendant |
| usacyber | Defendant |
| usgadget-tech | Defendant |
| here-buy | Defendant |
| laptop-cyber; bearbear-2010 | Defendants |

| | |
|---|---|
| August 21, 2015 | /s/ R. Rex Parris |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Wimo Labs, LLC