DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

JAMES A. BOWMAN (S.B. #220227)
jbowman@omm.com
JUSTINE DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

R. BRUCE RICH (pro hac vice)
bruce.rich@weil.com
RANDI W. SINGER (pro hac vice)
randi.singer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Defendant eBay, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wimo Labs, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>eBay, Inc., et al.,<br><br>    Defendants. | Case No. 8:15-cv-01330-JLS-KES<br><br>**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**<br><br>**[DISCOVERY MATTER]**<br><br>Judge: Josephine L. Staton<br>Magistrate Judge: Karen E. Scott<br><br>Trial:        August 29, 2017 |

**ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

On January 29, 2016, the Parties filed with the Court a Stipulated Protective Order ("Stipulation"). After reviewing the Stipulation, the Court finds that there is good cause to approve it. The terms of the Stipulation are incorporated by reference herein, and constitute the Protective Order of this Court.

Dated: February 1, 2016

_____
Honorable Karen E. Scott