1

DAVID R. EBERHART (S.B. #195474)
deberhart@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

JAMES A. BOWMAN (S.B. #220227)
jbowman@omm.com
JUSTINE M. DANIELS (S.B. #241180)
jdaniels@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

R. BRUCE RICH (pro hac vice)
bruce.rich@weil.com
RANDI W. SINGER (pro hac vice)
randi.singer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

*Attorneys for Defendant eBay, Inc.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wimo Labs, LLC,<br><br>                     Plaintiff,<br><br>        v.<br><br>eBay, Inc., et al.,<br><br>                     Defendants. | Case No. 8:15-cv-01330-JLS-KES<br><br>**ANSWER OF DEFENDANT EBAY, INC.'S TO PLAINTIFF WIMO LABS, LLC'S FIRST AMENDED COMPLAINT**<br><br>Judge: Josephine L. Staton<br>Magistrate Judge: Karen E. Scott<br><br>Trial:          August 29, 2017 |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ANSWER**

Defendant eBay, Inc. ("eBay") hereby answers the First Amended Complaint ("FAC") filed by Plaintiff Wimo Labs, LLC ("Plaintiff"). The numbered paragraphs below respond to the corresponding numbered paragraphs of the FAC.

**NATURE OF ACTION**

1.      eBay admits that quotation in the second and third sentences of Paragraph 1 seems to appear on www.thecounterfeitreport.com website, but denies the substance of the statements as they relate to eBay and lacks sufficient knowledge and information to form a belief as to the truth of the statements as they relate to e-commerce websites other than eBay .  eBay further admits that U.S. Department of Homeland Security, Intellectual Property Rights Seizures Statistics for fiscal year 2013 estimated that "[t]he manufacturer's suggested retail price (MSRP) of the goods had they been genuine, increased 38% to $1,743,515,581," but lacks sufficient knowledge and information to form a belief as to the truth of the statement and therefore denies those allegations.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 1 and therefore denies those allegations.

2.      eBay admits the allegations in the first sentence of Paragraph 2.  eBay denies each and every remaining allegation in Paragraph 2.

3.      eBay admits that Since February 2013, Plaintiff has sent more than 5,557 Notices of Claimed Infringement ("NOCI"). eBay admits that the NOCIs include the product item number and the seller's User ID.  eBay denies the allegations in the third sentence of Paragraph 3.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 3 and therefore denies those allegations.

4.      eBay admits that Plaintiff has requested information regarding sellers of products that purportedly infringe on Plaintiff's rights.  eBay denies each and every remaining allegation of Paragraph 4.

5.      To the extent that the allegations in Paragraph 5 relate to eBay or to the actions of Defendant PayPal Holdings, Inc. ("PayPal") between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

6.      To the extent that the allegations in Paragraph 6 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

## THE PARTIES

7.      eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 7 and therefore denies those allegations.

8.      eBay admits the allegation in Paragraph 8.

9.      To the extent that the allegations in Paragraph 9 relate to PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

10.     eBay admits that its records indicate that Defendant Hoonie S. Kang ("Kang" or "Seller 1") is an individual with the User ID ampedtek, formerly scvhills. eBay admits that, at certain times, an address in Stevenson Ranch, California has been provided as the address for that User ID.  eBay denies that Kang is identified as eBay Seller 18074. eBay admits that clicking on the User ID apedtek on ebay.com, will show a statement: "[b]ased in United States, ampedtek has been an eBay member since Mar 22, 2000."  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 10 and therefore denies those allegations.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

11.     eBay admits that its records indicate that Defendant D.I.R. Enterprises, Inc. ("DIR" or "Seller 2") is an entity with the User ID accessory-innovation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 11 and therefore denies those allegations.

12.     eBay admits that its records indicate that  Defendant Simon Chen ("Chen" or "Seller 3", together with Seller 1 and Seller 2 the "Seller Defendants") is an individual with the User ID netled and is located in Shanghai.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 12 and therefore denies those allegations.

## JURISDICTION

13.     eBay admits that jurisdiction in this Court is proper.  eBay avers that—pursuant to the Court's Order of January 28, 2016—the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. §1962(c) *et seq.* ("RICO") claim was dismissed with prejudice.

14.     Paragraph 14 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay admits that this Court has federal question jurisdiction over this action.

## VENUE

15.     eBay admits that it does business in Los Angeles County, California. The remaining allegations in Paragraph 15 are conclusions of law as to which no response is required. To the extent a response is required, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 15 and therefore denies those allegations.

## FACTUAL ALLEGATIONS

16.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 16 and therefore denies those allegations.

17.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 17 and therefore denies those allegations.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

18.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 18 and therefore denies those allegations.

19.     eBay admits that a reasonable search has not revealed any accounts owned by Plaintiff on ebay.com.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 19 and therefore denies those allegations.

20.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 20 and therefore denies those allegations.

21.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 21 and therefore denies those allegations.

22.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 22 and therefore denies those allegations.

23.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 23 and therefore denies those allegations.

24.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 24 and therefore denies those allegations.

25.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 25 and therefore denies those allegations.

26.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 26 and therefore denies those allegations.

27.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 27 and therefore denies those allegations.

28.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 28 and therefore denies those allegations.

29.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 29 and therefore denies those allegations.

30.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 30 and therefore denies those allegations.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

31.     eBay admits a guide by posted by an eBay user on or about December 2, 2015 listed the Lunatik TAKTIK Extreme as one of the "Top 5 most durable smartphone cases." eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 31 and therefore denies those allegations.

32.     eBay denies the allegations in the third and fourth sentences of Paragraph 32.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 32 and therefore denies those allegations.

33.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 33 and therefore denies those allegations.

34.     eBay admits that the first sentence of Paragraph 34 appears to  reflect the Congressional record cited by Plaintiff, but lacks sufficient knowledge and information to form a belief as to the truth of the statement and therefore denies those allegations.  eBay further admits that the Congressional record cited by Plaintiff includes the quotations in the second sentence of Paragraph 34, but lacks sufficient knowledge and information to form a belief as to the truth of the statement and therefore denies those allegations. eBay lacks sufficient knowledge and information to form a belief as to the remaining allegations in Paragraph 34 and therefore denies those allegations.

35.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 35 and therefore denies those allegations.

36.     eBay admits that it was founded in 1995 and eBay is one of the world's largest online marketplaces, connecting a diverse, global community of buyers and sellers, both individuals and small businesses. eBay avers that it does not itself buy or sell merchandise on its website; instead, third parties offer goods or services for sale on the site. eBay denies each and every remaining allegation in Paragraph 36.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

37.     eBay admits Paragraph 37  quotes from and summarizes portions of the cited sections of the eBay Form 10-K for the fiscal year ended December 31, 2014 (the "2014 Annual Report"). eBay avers that its business has materially changed since the 2014 Annual Report was issued—including, but not limited to, the divestiture of PayPal and the Enterprise segment—and on that basis denies the remaining allegations in Paragraph 37.

38.     eBay admits the allegations in Paragraph 38 summarize portions of the cited sections of the 2014 Annual Report.

39.     eBay admits the allegations in Paragraph 39 summarize portions of the cited sections of the 2014 Annual Report. eBay also avers that its business has materially changed since the 2014 Annual Report was issued—including, but not limited to, the divestiture of PayPal —and on that basis denies the remaining allegations in Paragraph 39.

40.     eBay admits the allegations in the first through fourth sentences in Paragraph 40 summarize portions of the cited sections of the 2014 Annual Report. eBay admits that certain fees and charges apply to a seller's listings. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 40 and therefore denies those allegations.

41.     eBay admits the allegations in Paragraph 41 summarize portions of the cited sections of the 2014 Annual Report. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 41 and therefore denies those allegations.

42.     To the extent that the allegations in Paragraph 42 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits the allegations summarize portions of the cited sections of the 2014 Annual Report. eBay also avers that it lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

43.    eBay denies each and every allegation in Paragraph 43.

44.    To the extent that the allegations in Paragraph 44 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

45.    As to itself, eBay denies each and every allegation of Paragraph 45. To the extent that the allegations in Paragraph 45 relate to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

46.    eBay admits that the 2014 Annual Report states: "We regard the protection of our intellectual property, including our trademarks (particularly those covering the eBay and PayPal names), patents, copyrights, domain names, trade dress and trade secrets as critical to our success. We aggressively protect our intellectual property rights by relying on federal, state and common law rights in the U.S. and internationally, as well as a variety of administrative procedures." eBay denies each and every remaining allegation of Paragraph 46.

47.    eBay admits that the 2014 Annual Report states: "The listing or sale by our users of unlawful, counterfeit or stolen goods or unlawful services, or sale of goods or services in an unlawful manner, has resulted and may continue to result in allegations of civil or criminal liability for unlawful activities against us (including the employees and directors of our various entities) involving activities carried out by users through our services. In a number of circumstances, third parties, including government regulators and law enforcement officials, have alleged that our services aid and abet violations of certain laws, including laws regarding the sale of counterfeit items, laws restricting or prohibiting the transferability (and by extension, the resale) of digital goods (e.g., event tickets, books, music and

software), the fencing of stolen goods, selective distribution channel laws, customs laws, distance selling laws, anti-scalping laws with respect to the resale of tickets, and the sale of items outside of the United States that are regulated by U.S. export controls." eBay denies each and every remaining allegation of Paragraph 47.

48.    eBay admits that the 2014 Annual Report states that "allegations of infringement of intellectual property rights, including but not limited to counterfeit items, have resulted in threatened and actual litigation from time to time by rights owners . . . . Plaintiffs in these and similar suits seek, among other remedies, injunctive relief and damages. Statutory damages for copyright or trademark violations could range up to $150,000 per copyright violation and $2,000,000 per trademark violation in the United States.  In the past, we have paid substantial amounts in connection with resolving certain trademark and copyright suits." eBay denies each and every remaining allegation of Paragraph 48.

49.    eBay admits that the "Replicas, counterfeit items, and unauthorized copies policy" states: "Items that bear a company's official brand name or logo can be listed as long as the products were lawfully made by, for, or with the consent of that company. We don't allow replicas, counterfeit items, or unauthorized copies to be listed on eBay. Unauthorized copies may include things that are bootlegged, illegally duplicated, or pirated. These kinds of things may infringe on someone's copyright or trademark. For examples of what you can and can't sell on eBay, see the guidelines below. Make sure your listing follows these guidelines. If it doesn't, it may be removed, and you may be subject to a range of other actions, including limits of your buying and selling privileges and suspension of your account." eBay denies each and every remaining allegation of Paragraph 49.

50.    eBay denies each and every allegation in Paragraph 50.

51.    eBay denies each and every allegation in Paragraph 51.

52.    eBay denies each and every allegation in Paragraph 52.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

53.     eBay admits that it launched eBay China, uses non-US eBay account managers, and has negotiated agreements between the US Postal Service, eBay China, and the Hong Kong Post Office to offer China and Hong Kong eBay sellers fast and low cost shipping options.  eBay denies each and every remaining allegation in Paragraph 53.

54.     eBay admits the allegations in the first sentence of Paragraph 54.  eBay admits that the statements in the second and third sentences of Paragraph 54 appear to be from a joint press release between the United States Postal Service and eBay China issued on or about May 28, 2010, but lacks sufficient knowledge and information to form a belief as to the truth of the statements at times other than when made and therefore denies the same.

55.     eBay denies that ePacket was negotiated or designed to benefit Chinese sellers involved in the sale of fake products. eBay admits that the second sentence of Paragraph 55 appears to summarize portions of an article published at http://www.sellertools.org/epacket/. eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in the second sentence of Paragraph 55 and therefore denies those allegations. eBay admits that the remaining statements in Paragraph 55 appear to be from a joint press release between the United States Postal Service and eBay China issued on or about May 28, 2010, but lacks sufficient knowledge and information to form a belief as to the truth of the statements at times other than when made and therefore denies the same.

56.     eBay admits that a joint press release between the United States Postal Service and eBay China issued on or about May 28, 2010 includes the quotations from Pranab Shah that appear in Paragraph 56. eBay avers that Pranab Shah is not an officer, director, or employee of eBay.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 56 and therefore denies those allegations.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

57.     eBay admits that the quotations in the first sentence of Paragraph 57 appear in a Washington Post article dated September 12, 2014. eBay further admits that the quotation in second sentence of Paragraph 57appears in an eCommerce Bytes article dated August 31, 2011.  eBay avers that it is not associated with the Washington Post or eCommerce Bytes.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 57 and therefore denies those allegations.

58.     eBay admits the allegations in Paragraph 58.

59.     eBay admits the statements in Paragraph 59appear to be quotations from Jay Lee, Managing Director of eBay Asia Pacific, and Jeff Liao, the former CEO of eBay Greater China, from a news article dated September 1, 2011 on au.andale.com. eBay lacks sufficient knowledge and information to form a belief as to the truth of the statements at times other than when made and therefore denies the same.

60.     eBay admits that the first and second sentences of Paragraph 60 appear to include quotations from Jay Lee, Managing Director of eBay Asia Pacific, from an article on ebayinc.com dated August 30, 2011. eBay admits that the same article lists "cell phones and accessories" among the "largest categories in which Asian exporters sell on eBay." eBay lacks sufficient knowledge and information to form a belief as to the truth of the statements at times other than when made and therefore denies the same.

61.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 61 and therefore denies those allegations.

62.     eBay admits that Plaintiff has sent eBay thousands of NOCIs since February 2013.  eBay admits that at least 20% of the NOCIs plaintiff sent to eBay since February 2013 involved sellers identified on ebay.com as located in Hong Kong or China.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in the third sentence of Paragraph 62 and therefore

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

1  denies those allegations.  eBay denies each and every remaining allegation in
2  Paragraph 62.

3      63.    eBay denies each and every allegation in Paragraph 63.

4      64.    eBay admits that in or around 2014, the listing referenced in Paragraph
5  64 was posted by a third-party user and appeared on ebay.com with a User ID used
6  by Seller 1.  eBay avers that the FAC image speaks for itself.  To the extent that a
7  further response is required, eBay admits that the image included in the FAC
8  includes text stating that, at the time the image was made: the listing title was
9  "Aluminum Gorilla Glass Metal Cover Case For iPhone 4/5/5C/5S/6/6P LUS
10 Shockproof," 9,971 units were sold and that the listed price was $10.99.  eBay
11 denies that the title of the listing was "Aluminum Gorilla Metal Cover Case iPhone
12 Case" as alleged in Paragraph 64. eBay lacks sufficient knowledge and information
13 to form a belief as to the truth of the remaining allegations in Paragraph 64and
14 therefore denies those allegations.

15     65.    eBay lacks sufficient knowledge and information to form a belief as to
16 the truth of the allegations in Paragraph 65 and therefore denies those allegations.

17     66.    eBay avers that it uses an "eBay Item Number" to refer to listings.
18 eBay denies that it uses a "product ID" to refer to listings.   eBay lacks sufficient
19 knowledge and information to form a belief as to the truth of the remaining
20 allegations in Paragraph 66 and therefore denies those allegations.

21     67.    eBay denies the allegations in the first sentence of Paragraph 67.  eBay
22 avers that a reasonable search has not revealed the communications referenced in
23 Paragraph 67 and eBay denies those allegations on that basis.  eBay lacks sufficient
24 knowledge and information to form a belief as to the truth of the remaining
25 allegations in Paragraph 67 and therefore denies those allegations.

26     68.    To the extent that the allegations in Paragraph 68 relate to eBay or to
27 the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits that
28 it is its policy that buyers should not return to the seller items that the rights owner

- 11 -

1    has confirmed are counterfeits.  eBay lacks sufficient knowledge and information to

2    form a belief as to the truth of the remaining allegations relating to PayPal and

3    therefore denies those allegations. eBay denies each and every remaining

4    allegation.

5        69.    eBay admits that on or about May 27, 2015 that Plaintiff sent a NOCI

6    related to a listing posted by a third-party user utilizing a User ID used by Seller 1.

7    eBay avers that the FAC image speaks for itself.  To the extent that a further

8    response is required, eBay admits that the image included in the FAC includes text

9    stating that, at the time the image was made: 400 units were sold, credit cards were

10   processed by PayPal, buyers could apply for and use "PayPal Credit," and buyers

11   applying for "PayPal Credit" could be eligible to receive $10 back on their first

12   purchase.  eBay lacks sufficient knowledge and information to form a belief as to

13   the truth of the remaining allegations in Paragraph 69 and therefore denies those

14   allegations.

15       70.    eBay lacks sufficient knowledge and information to form a belief as to

16   the truth of the allegations in Paragraph 70 and therefore denies those allegations.

17       71.    eBay lacks sufficient knowledge and information to form a belief as to

18   the truth of the allegations in Paragraph 71 and therefore denies those allegations.

19       72.    eBay denies each and every allegation in Paragraph 72.

20       73.    eBay denies each and every allegation in Paragraph 73.

21       74.    eBay avers that the FAC image speaks for itself.  To the extent that a

22   further response is required, eBay admits that the image included in the FAC

23   includes text stating that, at the time the image was made: the listing title was

24   "Aluminum Metal Temptered [sic] Gorilla Glass Film Case For Apple iPhone 5C

25   4/4S 5/5S 6," 2,705 units were sold, the listed price was $11.53, credit cards were

26   processed by PayPal, buyers could apply for and use "PayPal Credit," and buyers

27   applying for "PayPal Credit" could be eligible to receive $10 back on their first

28   purchase.  eBay denies that the title of the listing was "Aluminum Metal Temptered

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

[sic] Gorilla Glass Film Case For An iPhone 5C 4/4S 5/5S 6" as alleged in Paragraph 74. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 74 and therefore denies those allegations.

75.     eBay avers that it uses an "eBay Item Number" to refer to listings. eBay denies that it uses a "product ID" to refer to listings.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 75 and therefore denies those allegations.

76.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in first sentence in Paragraph 76 and therefore denies those allegations.  eBay denies the allegations in the second sentence of Paragraph 76.

77.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 77 and therefore denies those allegations.

78.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 78 and therefore denies those allegations.

79.     eBay admits that on or about July 13, 2015 that Plaintiff sent a NOCI related to a listing posted by a User ID used by Seller 2. eBay denies each and every remaining allegation in Paragraph 79.

80.     eBay denies each and every allegation in Paragraph 80.

81.     eBay denies each and every allegation in Paragraph 81.

82.     eBay avers that there is no image associated with Paragraph 82 and eBay has no means to identify the associated listing.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 82 and therefore denies those allegations.

83.     eBay admits that on or about July 15, 2014 that Plaintiff sent NOCIs. eBay lacks sufficient knowledge and information to form a belief as to the truth of

whether Seller 2 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 83.

84.    eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 84 and therefore denies those allegations.

85.    eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 85 and therefore denies those allegations.

86.    eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 86 and therefore denies those allegations.

87.    eBay denies each and every allegation in Paragraph 87.

88.    eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 88 and therefore denies those allegations.

89.    eBay admits that in or around July 2014, the listing referenced in Paragraph 89 was posted by a third-party user and appeared on ebay.com. eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made: the title of the listing was "NEWEST Lunatik Waterproof Shockproof Aluminum Gorilla Cover Case for iPhone 4 4S," 17 units were sold, and the listed price was $13.59.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 89 and therefore denies those allegations.

90.    eBay admits that on or about July 15, 2014 that Plaintiff sent NOCIs. eBay lacks sufficient knowledge and information to form a belief as to the truth of whether Seller 2 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 90.

91.    eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 91 and therefore denies those allegations.

92.    eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 92 and therefore denies those allegations.

93.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 93 and therefore denies those allegations.

94.     eBay denies each and every allegation in Paragraph 94.

95.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 95 and therefore denies those allegations.

96.     eBay admits that in or around July 2014, the listing referenced in Paragraph 96 was posted by a third-party user and appeared on ebay.com. eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made: the title of the listing was "Shock/Dust/Waterproof Aluminum Metal Case with Gorilla Glass for Apple iPhone 4s," two units were sold, the listed price was $13.58, and credit cards were processed by PayPal. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 96 and therefore denies those allegations.

97.     eBay admits that on or about July 15, 2014 that Plaintiff sent NOCIs. eBay lacks sufficient knowledge and information to form a belief as to the truth of whether Seller 2 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 97.

98.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 98 and therefore denies those allegations.

99.     eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 99 and therefore denies those allegations.

100.   eBay lacks sufficient knowledge and information to form a belief as to the truth of  the allegations in Paragraph 100 and therefore denies those allegations.

101.   eBay denies each and every allegation in Paragraph 101.

102.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 102 and therefore denies those allegations.

103.   eBay admits that on or about July 15, 2014, the listing referenced in Paragraph 103 was posted by a third-party user and appeared on ebay.com. eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made: the title of the listing was "Lunatik Shockproof Aluminum Metal Case Gorilla Glass Cover for iPhone 5C Red," the listed price was $7.99, and credit cards were processed by PayPal.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 103 and therefore denies those allegations.

104.   eBay admits that on or about July 15, 2014 that Plaintiff sent NOCIs. eBay lacks sufficient knowledge and information to form a belief as to the truth of whether Seller 2 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 104.

105.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 105 and therefore denies those allegations.

106.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 106 and therefore denies those allegations.

107.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 107 and therefore denies those allegations.

108.   eBay denies each and every allegation in Paragraph 108.

109.   eBay admits that in or around July 2014, the listing referenced in Paragraph 109 was posted by a third-party and appeared on ebay.com.  eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made: the listing title was "Lunatik for Apple iPhone 5C Glass Metal Cover Case Aluminum Gorilla Waterproof," 141 units were sold, and that the listed price was $15.56. eBay lacks sufficient knowledge and information to

form a belief as to the truth of the remaining allegations in Paragraph 109 and therefore denies those allegations.

110.   eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made: the listing title was "Shockproof Waterproof Gorilla Glass Metal Aluminum Case Cover For iPhone 4 4S," 325 units were sold, and that the listed price was $11.89. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 110 and therefore denies those allegations.

111.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 111 and therefore denies those allegations.

112.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 112 and therefore denies those allegations.

113.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 113 and therefore denies those allegations.

114.   eBay admits that on or about June 1, 2015 and July 15, 2014 that Plaintiff sent NOCIs. eBay lacks sufficient knowledge and information to form a belief as to the truth of whether Seller 2 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 114.

115.   eBay denies each and every allegation in Paragraph 115.

116.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 116 and therefore denies those allegations.

117.   eBay admits that the listing referenced in Paragraph 117 was posted by a third-party user and appeared on ebay.com in or around July 2014.  eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made, the listed price was $15.59.  eBay lacks sufficient

- 17 -

knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 117 and therefore denies those allegations.

118.   eBay admits that on or about July 15, 2014 that Plaintiff sent NOCIs. eBay lacks sufficient knowledge and information to form a belief as to the truth of whether Seller 2 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 118.

119.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 119 and therefore denies those allegations.

120.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 120 and therefore denies those allegations.

121.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 121 and therefore denies those allegations.

122.   eBay denies each and every allegation in Paragraph 122.

123.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 123 and therefore denies those allegations.

124.   eBay admits that in or around July 2014, the listing referenced in Paragraph 124 was posted by a third-party user and appeared on ebay.com eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made: the listing title was "Authentic Lunatik Aluminum Metal Case Waterproof Shockproof For iPhone 5 5S," 12 units were sold, and that the listed price was $15.53.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 124 and therefore denies those allegations.

125.   eBay admits that on or about July 15, 2014  Plaintiff sent NOCIs. eBay lacks sufficient knowledge and information to form a belief as to the truth of whether Seller 2 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 125.

126.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 126 and therefore denies those allegations.

127.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 127 and therefore denies those allegations.

128.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 128 and therefore denies those allegations.

129.   eBay denies each and every allegation in Paragraph 129.

130.   eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes text stating that, at the time the image was made: the listing title was "Aluminum Gorilla Glass Metal Cover Case for iPhone 4 4S 4G Waterproof Shockproof," 23,726 units were sold, and that the listed price was $15.99.  eBay denies that the title of the listing was "Aluminum Gorilla Metal Cover Case iPhone Case" as alleged in Paragraph 130. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 130 and therefore denies those allegations.

131.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 131 and therefore denies those allegations.

132.   eBay admits that on or about May 19, 2015 and May 27, 2015 that Plaintiff sent NOCIs related to listings posted by a User ID used by Seller 3. eBay avers that the FAC image speaks for itself.  To the extent that a further response is required, eBay admits that the image included in the FAC includes the text stating that, at the time the image was made: 23,952 units were sold, credit cards were processed by PayPal, buyers could apply for and use "PayPal Credit," and buyers applying for "PayPal Credit" could be eligible to receive $10 back on their first purchase.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 132 and therefore denies those allegations.

- 19 -

133.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 133 and therefore denies those allegations.

134.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 134 and therefore denies those allegations.

135.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 135 and therefore denies those allegations.

136.   eBay denies each and every allegation in Paragraph 136.

137.   eBay denies each and every allegation in Paragraph 137.

138.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in the first three sentences of Paragraph 138 and therefore denies those allegations. eBay denies each and every remaining allegation in Paragraph 138.

139.   eBay avers that there is no image associated with Paragraph 139 and eBay has no means to identify the associated listing.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 139 and therefore denies those allegations.

140.   eBay admits that on or about July 16, 2015 that Plaintiff sent NOCIs related to listings 252029571090 and 261912044349 and that eBay responded on July 18, 2015 reporting that it had removed those listings.  eBay further admits that on or about July 19, 2015, Plaintiff sent NOCIs related to listings 261896177346, 261705267694, and 261706158253 and that eBay responded on July 20, 2015 reporting that it had removed those listings.  eBay lacks sufficient knowledge and information to form a belief as to the truth of whether Seller 3 used the User IDs identified in those NOCIs and therefore denies that allegation. eBay denies each and every remaining allegation in Paragraph 140.

141.   eBay denies each and every allegation in Paragraph 141.

142.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 142 and therefore denies those allegations.

143.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 143 and therefore denies those allegations.

144.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 144 and therefore denies those allegations.

145.   eBay denies each and every allegation in Paragraph 145.

146.   eBay admits that it uses user data—including data relating to purchases, sales, current bidding, failed bids, watch and wish lists—in connection with marketing its services, including the transmittal of algorithmically generated emails. eBay denies each and every remaining allegation in Paragraph 146.

147.   eBay admits that it employs tools and technologies—including algorithms—that, among other things, automatically generate emails based on an individual user's search histories. eBay lacks sufficient knowledge and information to form a belief as to the truth of the  allegations in Paragraph 147 and therefore denies those allegations.

148.   eBay admits that it employs tools and technologies—including algorithms—that, among other things, automatically generate emails based on an individual user's search histories. eBay further admits that it acquired Hunch, a New York start up focused on recommendation technology. eBay denies each and every remaining allegation in Paragraph 148.

149.   eBay admits that it acquired Hunch on or about November 21, 2011. eBay further admits that PCWorld reported that: "Hunch will enable eBay to move beyond standard item-to-item recommendations and use a broader variety of members' online tastes and interests to suggest new and interesting items for them to browse and buy on eBay, the online auctioneer said. Hunch's ability to tailor data to meet customer needs can also be used in other areas at eBay including search and advertising, it added." eBay denies each and every remaining allegations in Paragraph 149.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

150.   eBay admits that on or about November 21, 2011, businesswire.com published an article which appears to include the quotation in Paragraph 150.  eBay denies each and every remaining allegation in Paragraph 150.

151.   eBay admits that Mark Carges—eBay's Chief Technology Officer at that time—made the statements quoted in Paragraph 151.  eBay denies each and every remaining allegation in Paragraph 151.

152.   eBay denies each and every allegation in Paragraph 152.

153.   eBay denies each and every allegation in Paragraph 153.

154.   eBay admits that it employs tools and technologies—including algorithms—that, among other things, automatically generate emails based on an individual user's search histories. eBay avers that the image accompanying Paragraph 154 appears to consist of at least three separate pictures, only one of which appears to be an email.  eBay further avers that the image accompanying Paragraph 154 lacks information that can be used to identify the email it purports to represent. eBay denies each and every remaining allegation of Paragraph 154.

155.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 155 and therefore denies those allegations.

156.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 156 and therefore denies those allegations.

157.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 157 and therefore denies those allegations.

158.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 158 and therefore denies those allegations.

159.   eBay denies each and every allegation in Paragraph 159.

160.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 160 and therefore denies those allegations.

161.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 161 and therefore denies those allegations.

162.   eBay denies each and every allegation of Paragraph 162.

163.   eBay denies each and every allegation of Paragraph 163.

164.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 164 and therefore denies those allegations.

165.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 165 and therefore denies those allegations.

166.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 166 and therefore denies those allegations.

167.   eBay admits until on or about July 2015, PayPal was a wholly-owned subsidiary of eBay. eBay further admits the allegations of the second and third sentences of Paragraph 167.  eBay denies each and every remaining allegation of Paragraph 167.

168.   To the extent that the allegations in Paragraph 168 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

169.   To the extent that the allegations in Paragraph 169 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

170.   To the extent that the allegations in Paragraph 170 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

171.   To the extent that the allegations in Paragraph 171 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

172.   To the extent that the allegations in Paragraph 172 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

173.   To the extent that the allegations in Paragraph 173 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

174.   To the extent that the allegations in Paragraph 174 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

175.   To the extent that the allegations in Paragraph 175 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

176.   eBay admits that an article published on coincenter.org on or about April 7, 2015 includes the quotation in Paragraph 176.  eBay lacks sufficient

knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 176 and therefore denies those allegations.

177.   Paragraph 177 of the FAC contains only conclusions of law as to which no response is required. To the extent an answer is required, eBay avers that it lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 177 and therefore denies those allegations.

178.   To the extent that the allegations in Paragraph 178 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

179.   To the extent that the allegations in Paragraph 179 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

180.   To the extent that the allegations in Paragraph 180 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

181.   eBay denies each and every allegation of Paragraph 181.

182.   eBay denies each and every allegation of Paragraph 182.

183.   eBay admits that it made the statement quoted in second sentence of Paragraph 183. eBay denies each and every remaining allegation of Paragraph 183.

184.   eBay admits it provides an online marketplaces connecting a diverse, global community of buyers and sellers, both individuals and small businesses. eBay avers that it does not itself buy or sell merchandise on its website; instead,

third parties offer goods or services for sale on the site. eBay admits that before its divestiture, the Enterprise segment, including its Magento business, provided commerce technologies, omnichannel operations, and market solutions. eBay denies each and every remaining allegation of Paragraph 184.

185.   eBay denies each and every allegation of Paragraph 185.

186.   eBay denies each and every allegation of Paragraph 186.

187.   eBay denies each and every allegation of Paragraph 187.

188.   eBay denies each and every allegation of the first sentence in Paragraph 188. eBay lacks sufficient knowledge and information to form a belief as to the truth of remaining allegations in Paragraph 188 therefore denies those allegations.

189.   eBay admits that it made the statement quoted in Paragraph 189 and that it actively tries to prevent counterfeit listings. eBay denies each and every remaining allegation in Paragraph 189.

190.   eBay admits that Plaintiff has sent eBay more than 5,557 NOCIs since February 2013.  eBay denies all remaining allegation in the first sentence of Paragraph 190. eBay further admits that Plaintiff has requested information regarding sellers of products that purportedly infringe on Plaintiff's rights.  eBay also admits that it requires Plaintiff to identify purportedly infringing listings, which eBay then promptly removes. eBay denies each and every remaining allegation of Paragraph 190.

191.   eBay denies that its statements about what it doing to prevent counterfeit listings is false.  eBay admits that the statement quoted in Paragraph 191 appears on The Counterfeit Report website.  eBay denies the accuracy of that statement. eBay denies each and every remaining allegation in Paragraph 191.

192.   eBay admits that the statement quoted in Paragraph 192 appears on The Counterfeit Report website.  eBay denies the accuracy of that statement. eBay denies each and every remaining allegation in Paragraph 192.

193.   eBay admits that the statement quoted in Paragraph 193 appears on The Counterfeit Report website.  eBay denies the accuracy of that statement. eBay denies each and every remaining allegation in Paragraph 193.

194.   eBay admits the allegations in Paragraph 194.

195.   eBay denies each and every allegation in Paragraph 195.

196.   eBay admits that Plaintiff joined the VeRO program as "Lunatik" on or about March 4, 2013 and that a true and correct copy of the VeRO agreement is attached as Exhibit 2 to the FAC. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 196 and therefore denies those allegations.

197.   To the extent that the allegations in Paragraph 197 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

198.   eBay admits the allegations in the first sentence of Paragraph 198. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 198 and therefore denies those allegations.

199.   eBay denies each and every allegation in Paragraph 199.

eBay avers that the FAC omits Paragraphs 200 through 262 and no response to those omitted paragraphs is required. To the extent a response is required, eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraphs 200 through 262 and therefore denies those allegations.

263.   eBay admits the allegations in Paragraph 263.

264.   eBay admits the allegations in Paragraph 264.

265.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the first and second sentences of Paragraph and therefore denies those allegations. To the extent that the remaining allegations in Paragraph 265 relate to PayPal between October 3, 2002 and July 20, 2015, eBay admits such allegations. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations and therefore denies those allegations.

266.   eBay denies the allegations in the first sentence of Paragraph 266. eBay admits the remaining allegations in Paragraph 266.

267.   eBay admits the allegations in Paragraph 267.

268.   eBay denies the allegations in Paragraph 268.

269.   eBay denies the allegations in the first sentence of Paragraph 269. The remaining allegations in Paragraph 269 relate solely to PayPal. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

270.   To the extent that the allegations in Paragraph 270 relate to eBay or to the actions of PayPal between October 3, 2002 and July 20, 2015, eBay denies each and every such allegation. eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations relating to PayPal and therefore denies those allegations.

## FIRST CAUSE OF ACTION AGAINST eBAY
## AND SELLER DEFENDANTS

271.   eBay repeats and realleges each and every response set forth in the foregoing Paragraphs as if fully set forth herein.

272.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 272 and therefore denies those allegations.

273.   eBay denies each and every allegation in Paragraph 273.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

274.   As to itself, eBay denies each and every allegation of Paragraph 274. With regard to the Seller Defendants, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 274 and therefore denies those allegations.

275.   eBay denies each and every allegation in Paragraph 275.

276.   eBay denies each and every allegation in Paragraph 276.

277.   Paragraph 277 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 277. With regard to the Seller Defendants, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 277 and therefore denies those allegations.

278.   Paragraph 278 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 278. With regard to the Seller Defendants, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 278 and therefore denies those allegations.

279.   Paragraph 279 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 279. With regard to the Seller Defendants, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 279 and therefore denies those allegations.

280.   Paragraph 280 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation in Paragraph 280.

## SECOND CAUSE OF ACTION AGAINST eBAY

281.   eBay repeats and realleges each and every response set forth in the foregoing Paragraphs as if fully set forth herein.

282.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 282 and therefore denies those allegations.

283.   Paragraph 283 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 283.

284.   Paragraph 284 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 284. With regard to the Seller Defendants, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 284 and therefore denies those allegations.

285.   Paragraph 285 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 285.

286.   Paragraph 286 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 286.

287.   Paragraph 287 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 287 and its subparts

288.   Paragraph 288 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 288 and therefore denies those allegations.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

289.   Paragraph 289 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 289 and therefore denies those allegations.

290.   Paragraph 290 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 290.

291.   Paragraph 291 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 291.

292.   Paragraph 292 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 292.

293.   Paragraph 293 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 293.

294.   Paragraph 294 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 294.

295.   Paragraph 295 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 295.

296.   Paragraph 296 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 296.

1
2

**THIRD CAUSE OF ACTION AGAINST eBAY AND**

**THE SELLER DEFENDANTS**

3    297.   eBay repeats and realleges each and every response set forth in the
4    foregoing Paragraphs as if fully set forth herein.

5    298.   Paragraph 298 of the FAC contains only conclusions of law as to
6    which no response is required.  To the extent a response is required, as to itself,
7    eBay denies each and every allegation of Paragraph 298.

8    299.   Paragraph 299 of the FAC contains only conclusions of law as to
9    which no response is required.  To the extent a response is required, as to itself,
10   eBay denies each and every allegation of Paragraph 299.

11   300.   Paragraph 300 of the FAC contains only conclusions of law as to
12   which no response is required.  To the extent a response is required, as to itself,
13   eBay denies each and every allegation of Paragraph 300.  With regard to the Seller
14   Defendants, eBay lacks sufficient knowledge and information to form a belief as to
15   the truth of the remaining allegations in Paragraph 300 and therefore denies those
16   allegations.

17   301.   Paragraph 301 of the FAC contains only conclusions of law as to
18   which no response is required.  To the extent a response is required, as to itself,
19   eBay denies each and every allegation of Paragraph 301.  With regard to the Seller
20   Defendants, eBay lacks sufficient knowledge and information to form a belief as to
21   the truth of the remaining allegations in Paragraph 301 and therefore denies those
22   allegations.

23   302.   Paragraph 302 of the FAC contains only conclusions of law as to
24   which no response is required.  To the extent a response is required, as to itself,
25   eBay denies each and every allegation of Paragraph 302.  With regard to the Seller
26   Defendants, eBay lacks sufficient knowledge and information to form a belief as to
27   the truth of the remaining allegations in Paragraph 302 and therefore denies those
28   allegations.

303.   Paragraph 303 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 303.  With regard to the Seller Defendants, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 303 and therefore denies those allegations.

304.   Paragraph 304 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, as to itself, eBay denies each and every allegation of Paragraph 304.  With regard to the Seller Defendants, eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 304 and therefore denies those allegations.

## FOURTH CAUSE OF ACTION AGAINST eBAY

305.   eBay repeats and realleges each and every response set forth in the foregoing Paragraphs as if fully set forth herein.

306.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 306 and therefore denies those allegations.

307.   Paragraph 307 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation of Paragraph 307.

308.   eBay admits that a reasonable search has not revealed any accounts owed by Plaintiff on ebay.com.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 308 and therefore denies those allegations.

309.   Paragraph 309 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay admits that a search for the terms "Lunatik" or "Taktik" on ebay.com produces a list of products.  eBay lacks sufficient knowledge and information to form a belief as to

the truth of the remaining allegations in Paragraph 309 and therefore denies those allegations.

310.   eBay lacks sufficient knowledge and information to form a belief as to the truth of the allegations in Paragraph 310 and therefore denies those allegations.

311.   eBay admits that Plaintiff has not posted a statement on ebay.com advising consumers that Plaintiff does not offer or sell its new products through ebay.com." eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in Paragraph 311 and therefore denies those allegations.

312.   Paragraph 312 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation in Paragraph 312.

313.   Paragraph 313 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation in Paragraph 313.

314.   Paragraph 314 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation in Paragraph 314.

315.   Paragraph 315 of the FAC contains only conclusions of law as to which no response is required.  To the extent a response is required, eBay denies each and every allegation in Paragraph 315.

## FIFTH CAUSE OF ACTION AGAINST ALL DEFENDANTS

316.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

317.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

318.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

319.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

320.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

321.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

322.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

323.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

324.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

325.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

326.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

327.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

328.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

329.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

330.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

331.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

332.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

333.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

334.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

335.    Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

336.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

337.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

338.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

339.   Pursuant to the Court's Order of January 28, 2016, Plaintiff's Fifth Cause of Action was dismissed with prejudice and no response is required, and on that basis eBay denies the same to the extent a response is required.

## ANSWER TO PRAYER FOR RELIEF

eBay denies that Plaintiff is entitled to relief against eBay, and requests that the Court dismiss all claims against eBay with prejudice and order such further relief as the Court deems just and proper.

## ANSWER TO JURY DEMAND

eBay admits that Plaintiff demands a jury trial.  eBay lacks sufficient knowledge and information to form a belief as to the truth of the remaining allegations in the jury demand paragraph and therefore denies those allegations.

## AFFIRMATIVE DEFENSES

eBay sets forth below its affirmative defenses.  Each defense is asserted as to all claims asserted against eBay.  By setting forth these affirmative defenses, eBay does not assume the burden of proving any fact, issue or element of a claim where such burden properly belongs to Plaintiff.

## First Affirmative Defense

The FAC fails to state a claim upon which relief can be granted.

DEF. EBAY'S ANSWER TO FAC
CASE NO. 8:15-CV-01330-JLS-KES

1

### Second Affirmative Defense

2       Plaintiff's claims are barred, in whole or in part, by the doctrine of equitable

3   estoppel.

4

### Third Affirmative Defense

5       Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver

6   and/or abandonment.

7

### Fourth Affirmative Defense

8       Plaintiff's claims are barred, in whole or in part, by the doctrine of fair use.

9

### Fifth Affirmative Defense

10      Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean

11  hands.

12

### Sixth Affirmative Defense

13      Plaintiff has failed to mitigate its damages, if any.

14

### Seventh Affirmative Defense

15      Plaintiff's prayer for damages is barred on the ground that such damages, if

16  any, were not the result of acts, representations, or omissions by eBay.

17

### Eighth Affirmative Defense

18      Plaintiff's prayer for damages is barred on the ground that the remedy for

19  innocent infringement, if proven, is limited to an injunction against future

20  presentation of the infringing material.

21

### Ninth Affirmative Defense

22      Plaintiff's prayer for three times eBay's profits is barred on the ground that

23  Plaintiff has failed to allege  facts sufficient to show that eBay has intentionally

24  used Plaintiff's marks knowing that such marks are counterfeit marks.

25

### Tenth Affirmative Defense

26      Plaintiff's prayer for statutory damages pursuant to 15 U.S.C. § 1117(c)(2) is

27  barred on the ground that Plaintiff has failed to allege facts sufficient to show that

28  eBay has made willful use of Plaintiff's marks.

**Eleventh Affirmative Defense**

Plaintiff's claims are barred, in whole or in part, because the damages sought are too speculative and remote.

**Twelfth Affirmative Defense**

Plaintiff's claim for equitable relief, including claims for injunctive relief, are barred because Plaintiff has an adequate remedy at law.

**Thirteenth Affirmative Defense**

eBay hereby adopts and incorporates by reference any and all other affirmative defenses asserted or to be asserted by any other defendant in this proceeding to the extent that the eBay may share in such affirmative defenses.

**RESERVATION OF RIGHT TO AMEND**

eBay reserves the right to amend and/or supplement its Answer to assert any and all pertinent defenses ascertained through further investigation and discovery of this action.

**WHEREFORE**, eBay prays:

1. That Plaintiff take nothing and for a judgment in favor of eBay and against Plaintiff, dismissing the FAC;

2. That eBay be awarded its costs of suit, including reasonable attorney's fees; and

3. That this Court order such other and further relief as it may find just and proper.

//
//
//
//
//
//
//

- 39 -

1    Dated:  February 11, 2016              O'MELVENY & MYERS LLP

2                                           By:   /s/ David R. Eberhart
3                                                 David R. Eberhart

4                                                 David R. Eberhart
                                                  O'MELVENY & MYERS LLP
5                                                 Two Embarcadero Center, 28th Floor
6                                                 San Francisco, California 94111-3823
                                                  Telephone: (415) 984-8700
7                                                 Facsimile: (415) 984-8701

8
                                                  R. Bruce Rich
9                                                 Randi W. Singer
10                                                WEIL, GOTSHAL & MANGES LLP
                                                  767 Fifth Avenue
11                                                New York, NY 10153
12                                                Telephone: (212) 310-8000
                                                  Facsimile: (212) 310-8007
13

14                                                *Attorneys for Defendant eBay Inc.*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEF. EBAY'S ANSWER TO FAC
                                                  CASE NO. 8:15-CV-01330-JLS-KES