1 | R. Rex Parris, Esq. (SBN 96567)
rrparris@rrexparris.com
2 | Kitty K. Szeto, Esq. (SBN 258136)
kszeto@rrexparris.com
3 | **R. REX PARRIS LAW FIRM**
4 | 43364 10th Street West
Lancaster, CA  93534
5 | Telephone:   (661) 949-2595
Facsimile:    (661) 949-7524

6 | Deborah A. Klar, Esq. (SBN 124750)
7 | dklar@dklarlaw.com
2934 1/2 Beverly Glen Circle
8 | Bel Air, California 90077
Telephone:   (310) 858-9500

9 |
Attorneys for Plaintiff
10 | WIMO LABS, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Wimo Labs, LLC | Case No.: 8:15-cv-01330 JLS (KESx) |
| Plaintiff, | |
| v. | **NOTICE OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362** |
| eBay, Inc., a Delaware Corporation; PayPal Holdings, Inc., a Delaware Corporation, Hoonie S. Kang, an individual; D.I.R. Enterprises, Inc., a California Corporation; Simon Chen, an individual; cyber-innovation, an entity of unknown origin; ledno3, an individual or entity of unknown origin; usa-cyberlink, an individual or entity of unknown origin; usacyber, an individual or entity of unknown origin; usgadget-tech, an individual or entity of unknown origin; here-buy, an individual or entity of unknown origin; laptop-cyber, an individual or entity of unknown origin; and bearbear-2010, an individual or entity of unknown origin, | [Honorable Josephine L. Staton Magistrate Judge Karen E. Scott] |
| Defendants. | |

**TO THE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

Attached hereto as **"Exhibit A"** is a copy of the Order Granting Motion for Relief from the Automatic Stay Under 11 U.S.C. § 362 entered on February 22, 2016 by the United States Bankruptcy Court, Central District of California, Los Angeles Division granting the Motion of Plaintiff for Relief from the Automatic Stay Under 11 U.S.C. § 362 so that Plaintiff can continue to prosecute its claim in this action against Defendant D.I.R. Enterprises, Inc. ("DIR") located in El Monte, California as alleged in the First Amended Complaint. DIR has used multiple eBay user IDs in connection with its sale of fake Lunatik products, including the following: accessory-innovation, cyber-innovation, usa-cyberlink, usacyber, usgadget-tech, laptop-cyber and bearbear-2010. DIR has also been identified on ebay.com using eBay Seller Nos. 40101, 37283, 41423, 32166, 22596, and 24768.

Dated:   March 4, 2016

                                        Respectfully submitted,

                                        **DEBORAH A. KLAR**

By:   */s/ Deborah A. Klar*
       R. REX PARRIS, ESQ.
       DEBORAH A. KLAR, ESQ.
       Attorneys for Plaintiff
       WIMO LABS, LLC

**EXHIBIT "A"**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>MARC A. LIEBERMAN (SBN 157318)<br>ALAN W. FORSLEY (SBN 180958)<br>FREDMAN LIEBERMAN PEARL LLP<br>1875 Century Park East, Suite 2230<br>Los Angeles, CA 90067<br>Telephone: (310) 284-7350<br>alan.forsley@flpllp.com<br><br>☐ *Movant appearing without an attorney*<br>☒ *Attorney for Movant Wimo Labs, LLC* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>FEB 22 2016<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** toliver    **DEPUTY CLERK** |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA –*LOS ANGELES* DIVISION**

| In re:<br><br>DIR ENTERPRISES, INC.,<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:15-bk-28862-TD<br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**<br>**(Action in Nonbankruptcy Forum)**<br><br>DATE: 02/17/2016<br>TIME: 10:00 a.m.<br>COURTROOM: 1345<br>PLACE: 255 E. Temple Street, Los Angeles, CA 90012 |
|---|---|

**MOVANT:** Wimo Labs, LLC

1. The Motion was:   ☒ Opposed   ☐ Unopposed   ☐ Settled by stipulation

2. The Motion affects the following Nonbankruptcy Action:

   Name of Nonbankruptcy Action: Wimo Labs, LLC v. eBay, Inc., et al.

   Docket number: 8:15-cv-01330

   Nonbankruptcy court or agency where the Nonbankruptcy Action is pending:

   United States District Court, Central District of California

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                         Page 1                              F 4001-1.RFS.NONBK.ORDER

3. The Motion is granted under 11 U.S.C. § 362(d)(1).

4. As to Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:

   a. ☒ Terminated as to the Debtor and the Debtor's bankruptcy estate.

   b. ☐ Modified or conditioned as set forth in Exhibit _____ to the Motion.

   c. ☐ Annulled retroactively to the bankruptcy petition date. Any postpetition acts taken by Movant to enforce its remedies regarding the nonbankruptcy action do not constitute a violation of the stay.

5. **Limitations on Enforcement of Judgment:** Movant may proceed in the nonbankruptcy forum to final judgment (including any appeals) in accordance with applicable nonbankruptcy law. Movant is permitted to enforce its final judgment only by *(specify all that apply)*:

   a. ☒ Collecting upon any available insurance in accordance with applicable nonbankruptcy law.

   b. ☒ Proceeding against the Debtor as to property or earnings that are not property of this bankruptcy estate.

6. This order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

7. ☐ The co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a) is terminated, modified or annulled as to the co-debtor, on the same terms and conditions as to the Debtor.

8. ☒ The 14-day stay prescribed by FRBP 4001(a)(3) is waived.

9. ☐ This order is binding and effective in any bankruptcy case commenced by or against the Debtor for a period of 180 days, so that no further automatic stay shall arise in that case as to the nonbankruptcy action.

10. ☐ This order is binding and effective in any future bankruptcy case, no matter who the debtor may be, without further notice.

11. ☐ Other *(specify)*:

###

Date: February 22, 2016

*Thomas B. Donovan* (signature)
Thomas B. Donovan
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2014                                           Page 2                             F 4001-1.RFS.NONBK.ORDER

# CERTIFICATE OF SERVICE

I, Deborah A. Klar, an attorney, certify that on March 4, 2016, I served the above and foregoing **NOTICE OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362**, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 4th day of March, 2016.

**PLEASE SEE ATTACHMENT**

/s/  *Deborah A. Klar*  .
Deborah A. Klar

# ATTACHMENT TO PROOF OF SERVICE

WIMO LABS, LLC v. EBAY, INC., et al.
USDC CASE NO. 8:15-cv-01330 JLS (KESx)

| | |
|---|---|
| David R. Eberhart, Esq.<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111-3823<br>Telephone:   (415) 984-8700<br>Facsimile:    (415) 984-8701<br>deberhart@omm.com | /Attorneys for Defendant eBay Inc. |
| James A. Bowman, Esq.<br>Justine M. Daniels, Esq.<br>O'MELVENY & MYERS LLP<br>400 South Hope Street, 18th Floor<br>Los Angeles, California 90071-2899<br>Telephone:   (213) 430-6000<br>Facsimile:    (213) 430-6407<br>jbowman@omm.com<br>jdaniels@omm.com | /Attorneys for Defendant eBay Inc. |
| Bruce R. Rich, Esq. *(Pro Hac Vice)*<br>Randi W. Singer, Esq. *(Pro Hac Vice)*<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Street<br>New York, New York 10153-0119<br>Telephone:   (212) 310-8000<br>Facsimile:    (213) 310-8007<br>bruce.rich@weil.com<br>randi.singer@weil.com | /Attorneys for Defendant eBay Inc. |
| Yaw-Jiun (Gene) Wu, Esq.<br>David M. Newman, Esq.<br>ANGLIN, FLEWELLING, RASMUSSEN<br>CAMPBELL & TRYTTEN LLP<br>199 South Los Robles Avenue, Suite 600<br>Pasadena, California 91101<br>Telephone:  (626) 535-1900<br>Facsimile:  (626) 577-7764<br>gwu@afrct.com<br>dnewman@afrct.com | /Attorneys for Defendant D.I.R. Enterprises, Inc. |

**ATTACHMENT TO PROOF OF SERVICE**

WIMO LABS, LLC v. EBAY, INC., et al.
USDC CASE NO. 8:15-cv-01330 JLS (KESx)

| | |
|---|---|
| SAFARIAN CHOI & BOLSTAD, LLP<br>David C. Bolstad, Esq.<br>Kevin W. Yang, Esq.<br>555 South Flower Street, Suite 650<br>Los Angeles, California 90071<br>Telephone:  (213) 481-6565<br>Facsimile:  (213) 225-1146<br>dbolstad@safarianchoi.com<br>kyang@safarianchoi.com | /Attorneys for Defendant Hoonie S. Kang |