**R. REX PARRIS LAW FIRM**
R. Rex Parris (SBN 96567)
  rrparris@rrexparris.com
Kitty K. Szeto (SBN 258136)
  kszeto@rrexparris.com
43364 10th Street West
Lancaster, CA 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

**LAW OFFICES OF DEBORAH A. KLAR**
Deborah A. Klar (SBN 124750)
  dklar@dklarlaw.com
2934 ½ Beverly Glen Circle
Bel Air, California 90077
Telephone: (310) 858-9500

**BROWNE GEORGE ROSS LLP**
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Keith J. Wesley (State Bar No. 229276)
  kwesley@bgrfirm.com
Christopher M. Kolkey (State Bar No. 300206)
  ckolkey@bgrfirm.com
2121 Avenue of the Stars, Suite 2400
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Plaintiff Wimo Labs, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WIMO LABS, LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>eBAY, INC., a Delaware Corporation; PAYPAL HOLDINGS, INC., a Delaware Corporation; HOONIE S. KANG, an individual; D.I.R. ENTERPRISES, INC., a California Corporation; and SIMON CHEN, an individual,<br><br>          Defendants. | Case No. 8:15-CV-01330 JLS(KES)<br>Hon. Josephine L. Staton, Presiding<br>Magistrate Judge Karen E. Scott<br><br>**STIPULATION TO EXTEND THE STAY ACTION**<br><br>Complaint Filed:          8/20/15 |

Plaintiff Wimo Labs, LLC ("Plaintiff") and defendant eBay Inc. (collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS on August 20, 2015, Plaintiff filed the action *Wimo Labs, LLC v. eBay, Inc., et al.*, Case No. 8:15-CV-01330 JLS (KES), alleging causes of action for, *inter alia*, direct and contributory trademark infringement;

WHEREAS, the Parties participated in a mediation on March 10, 2017 and reached a settlement in principle with the Parties to negotiate in good faith the terms of the long-form settlement agreement;

WHEREAS, on March 22, 2017, the Court entered an Order [Dkt. 255] staying this action for thirty days to allow the Parties time to complete the settlement document and submit a dismissal;

WHEREAS, the stay of the action ordered by the Court on March 22, 2017 will be lifted after April 21, 2017;

WHEREAS, the Parties have worked diligently on the settlement documentation, but the completion of said documentation requires both the termination of an agreement between Plaintiff and a third party, and the participation of certain third parties;

WHEREAS, Plaintiff took steps to terminate that third party agreement as soon as was permitted by its terms, but the third party to that agreement may assert that the termination is not effective until a contractual 20-day cure period runs on or about April 30, 2017;[1]

WHEREAS, the Parties require a brief extension of the stay to complete and finalize negotiations of the settlement terms, the related documentation, and file the dismissal;

WHEREAS, the Court has set a hearing for May 5, 2017 on Plaintiff's motion for default judgment against defendant D.I.R. Enterprises, Inc.;

---

[1] Plaintiff does not concede that the third party can cure its breach.

759170.1

-1-

STIPULATION TO STAY ACTION

WHEREAS the Parties agree that it would be in the best interests of all Parties to extend the existing stay for fourteen days to May 5, 2017, to avoid the need for the Parties to file summary judgment motions and participate in extensive pre-trial preparation, which would be a material impediment to settlement due to the costs that would be incurred;

IT IS HEREBY STIPULATED AND REQUESTED, by and between the Parties through their counsel, that this action be stayed for an additional fourteen days until May 5, 2017.

DATED: April 21, 2017

**R. REX PARRIS LAW FIRM**

 and

**LAW OFFICES OF DEBORAH A. KLAR**

 and

**BROWNE GEORGE ROSS LLP**

By   */s/ Christopher M. Kolkey*
  R. Rex Parris
  Kitty K. Szeto

  and

  Deborah A. Klar

  and

  Eric M. George
  Keith J. Wesley
  Christopher M. Kolkey

Attorneys for Plaintiff Wimo Labs, LLC

759170.1

-2-

STIPULATION TO STAY ACTION

| | |
|---|---|
| DATED:  April 21, 2017 | **O'MELVENY & MYERS LLP** |
| | **and** |
| | **WEIL, GOTSHAL & MANGES LLP** |

By:  */s/ David R. Eberhart*
David R. Eberhart
James A. Bowman
Justine Daniels

and

R. Bruce Rich
Randi W. Singer
Attorneys for Defendant eBay Inc.

### L.R. 5-4.3.4(2)(i) Attestation

Pursuant to Local Rule 5-4.3.4(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  April 21, 2017

By:  */s/ Christopher M. Kolkey*
Christopher M. Kolkey

759170.1

-3-

STIPULATION TO STAY ACTION