UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:15-cv-1330-JLS-KESx                                                Date: May 31, 2017
Title: Wimo Labs LLC v. eBay, Inc., et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                              Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

On March 22, 2017, this Court issued an order staying the action for thirty days to allow the parties to complete settlement documentation and submit a dismissal. (First Stay Order, Doc. 255.) On April 26, 2017, the Court extended the stay until May 5, 2017. (Second Stay Order, Doc. 260.) As of the date of this Order, no settlement or dismissal has been filed with the Court.

The Court therefore ORDERS the parties to show cause, in writing, **within five (5) days** of the date of this Order why this case should not be dismissed for lack of prosecution. The filing of a stipulation of dismissal pursuant to a settlement agreement shall be deemed a satisfactory response to this Order to Show Cause.

Initials of Preparer:  tg