UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WIMO LABS, LLC, | Case No. 8-15-cv-01330-JLS-KESx |
| Plaintiff, | **JUDGMENT** |
| v. | |
| EBAY, INC., *et al.*, | |
| Defendants. | |

On August 3, 2017, the Court GRANTED Plaintiff Wimo Labs, LLC's Motion for Default Judgment against Defendant D.I.R. Enterprises, Inc. (Order, Doc. 299.) The Court, having considered Wimo's Motion, eBay, Inc.'s objections, PayPal Holdings, Inc.'s objections, all declarations and exhibits filed in support, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. Final judgment as to liability is entered against Defendant D.I.R. on Plaintiff's trademark infringement claim. As explained in the aforementioned Order, (Doc. 299), the Court finds there is good cause and there is no just reason for delay to enter final judgment against Defendant D.I.R.

2. Plaintiff is awarded statutory damages in the amount of $4,000,000.00, attorneys' fees in the amount of $18,676.00, costs to be determined by the Court Clerk, and post-judgment interest on the principal sum at the judgment rate from the date of entry of the Judgment until paid in full.

3. D.I.R., and its officers, agents, servants, employees, attorneys, affiliates, including but not limited to eBay sellers 40976 (bearbear-2010), 46640 (cyber-innovation), 20292 (here-buy), 35234 (laptop-cyber), 45942 (usacyber), 49391 (usa-cyberlink), 41634 (usgadget-tech) (collectively referred to as "affiliates" of DIR), and other persons who are in active concert or participation with any of them having knowledge of this Order by service or actual notice ("Restrained Parties") are hereby permanently enjoined and restrained from using, in active concert or participation with D.I.R., any reproduction, counterfeit, copy, or colorable imitation of "LUNATIK" U.S. Registration No. 4,075,222; "LUNATIK" U.S. Registration No. 4,296,576; "TAKTIK" U.S. Registration No. 4,262,488; "⬢" U.S. Registration No. 4,542,506 (collectively, the "LUNATIK Marks") in commerce including, without limitation: (i) by selling, offering for sale, distributing, promoting, or advertising any good or service in connection with such reproduction, counterfeit, copy, or colorable imitation of the LUNATIK Marks; or (ii) by

displaying any reproduction, counterfeit, copy, or colorable imitation of the LUNATIK Marks on any website, including ebay.com.

**IT IS SO ORDERED.**

Dated: August 3, 2017

_____
Hon. Josephine L. Staton
United States District Judge